## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) |
| LINWOOD R. LOVETT and | ) Chapter 11 |
| CAROLE M. LOVETT | ) |
| | ) Case No. 14-52614 |
| Debtors. | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mark S. Watson, Esq. and the law firm of WatsonMcCallum, LLP hereby files their Notice of Appearance and Request for Notice by Electronic Transmission in this proceeding as attorney for **CertusBank, N.A.** Pursuant to Fed.R.Bankr.P. 2002 and Local Rule 2002-1, WatsonMcCallum, LLP respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, or otherwise be given to and served upon it at the office, postal address, and telephone number set forth below:

Mark S. Watson, Esq.
WatsonMcCallum, LLP
111 Arkwright Landing, Suite D
Macon, Georgia 31210
(478) 254-6033 (telephone)
(478) 254-6031 (facsimile)
mwatson@watsonmccallum.com

Respectfully submitted, this 20th day of November, 2014.

WatsonMcCallum, LLP
by:
*/s/ Mark S. Watson*
Mark S. Watson
Georgia Bar No. 741783
111 Arkwright Landing
Suite D
Macon, Georgia 31210
(478) 254-6033; (478) 254-6031 (facsimile)
mwatson@watsonmccallum.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) |
| LINWOOD R. LOVETT and | ) Chapter 11 |
| CAROLE M. LOVETT | ) |
| | ) Case No. 14-52614 |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

      I hereby certify that all parties entitled to service have this day been served a copy of the foregoing *Notice of Appearance and Request for Service of Papers* via the court's electronic filing system (ECF). I hereby further certify that I have this day served the following parties with a true and correct copy of the foregoing *Request for Service of Papers* by placing a copy of same in First-Class United States Mail, with sufficient postage thereon to insure delivery:

| | |
|---|---|
| Linwood R. Lovett | Wesley J. Boyer, Esq. |
| Carole M. Lovett | Katz, Flatau, Popson and Boyer, LLP |
| 236 Idle Wild | 355 Cotton Avenue |
| Macon, Georgia 31210 | Macon, Georgia 31201 |

      This 20th day of November, 2014.

      WatsonMcCallum, LLP
by:
*/s/ Mark S. Watson*
Mark S. Watson
Georgia Bar No. 741783
111 Arkwright Landing
Suite D
Macon, Georgia  31210
(478) 254-6033; (478) 254-6031 (facsimile)
mwatson@watsonmccallum.com